■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUNIR FALAQ, Appellant, v EVERETT W. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent.—Appeal from a judgment of the Supreme Court at Special Term

(Dier, J.), entered July 2, 1985 in Clinton County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed, without costs, upon the opinion of Justice John G. Dier at Special Term. Main, J. P., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.